# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| WOOD GROUP POWER, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 4:11-CV-01046 |
| | ) | |
| PROENERGY SERVICES, LLC | ) | District Judge Vanessa D. Gilmore |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION FOR PROTECTIVE ORDER

**COMES NOW** Plaintiff, Wood Group Power, Inc., and Defendant, ProEnergy Services, LLC, (collectively "the Parties"), by and through their respective counsel, and jointly request this Court to approve and enter the Agreed Protective Order signed by the Parties.

1.

In conducting discovery in this matter, the Parties have requested, and/or it is anticipated that such requests will be made for, information that constitutes intellectual property, trade secrets and/or confidential/proprietary information of the Parties or that implicates personal privacy concerns of the Parties.

2.

In order to balance the need for discovery of relevant information against potential confidentiality and privacy concerns, the Parties have entered into an Agreed Protective Order that provides, among other things, requirements for the protection, production, use, and disclosure of information deemed Confidential or Highly Confidential by one or both of the Parties. The Agreed Protective Order does not attempt to modify any of the Court's Local Rules or Procedures nor does it attempt to alter the requirements and deadlines set by the Court. A

copy of the Agreed Protective Order signed by the respective parties is attached hereto as Exhibit 1.

  **WHEREFORE, PREMISES CONSIDERED**, the Parties respectfully request that the Court approve and enter the Agreed Protective Order.

  Jointly submitted by the Parties this the 25th day of August, 2011.

| | |
|---|---|
| */s/ Martin J. Regimbal* | */s/ Blake E. Rizzo* |
| **SAMUEL ZURIK III** | **BLAKE E. RIZZO** |
| **ROBERT P. LOMBARDI** | Carrigan, McCloskey & Roberson, L.L.P. |
| The Kullman Firm | 945 Heights Blvd. |
| A Professional Law Corporation | Houston, Texas 77008 |
| 1100 Poydras Street, 1600 Energy Centre | Tel.:  713-868-5581 |
| New Orleans, Louisiana 70163 | Fax:  713-868-1275 |
| Telephone:  504-524-4162 | brizzo@cmrllp.com |
| Facsimile:  504-596-4189 | |
| sz@kullmanlaw.com | **COUNSEL FOR DEFENDANT** |
| rpl@kullmanlaw.com | **PROENERGY SERVICES, LLC** |
| | |
| **MARTIN J. REGIMBAL** | |
| The Kullman Firm | |
| A Professional Law Corporation | |
| 200 6th Street North, | |
| Suite 704 Court Square Towers | |
| Columbus, Mississippi 39701 | |
| Telephone:  662-244-8824 | |
| Facsimile:  662-244-8837 | |
| mjr@kullmanlaw.com | |
| | |
| **COUNSEL FOR PLAINTIFF** | |
| **WOOD GROUP POWER, INC.** | |

**CERTIFICATE OF SERVICE**

I, Martin J. Regimbal, do hereby certify that I have this day electronically filed the foregoing Joint Motion for Protective Order with the Clerk of the Court using the ECF system which sent notification of such filing to the following::

**THIS,** the 25th day of August, 2011.

*/s/ Martin J. Regimbal*
**MARTIN J. REGIMBAL**